IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TONY L. WHITE, #98344**                                            **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:21cv215-LG-RHWR**

**JACKSON COUNTY JAIL, ET AL.**                             **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this lawsuit be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge